UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| OSCAR ALFREDO PADILLA-GUZMAN, )<br>  )<br>            Petitioner, )<br>   vs. ) <br>  )<br>CHARLES LOCKETTE, Warden, )<br>  )<br>            Respondent. ) | 2:09-cv-389-WTL-JMS |

**Entry Discussing Petition for Writ of Habeas Corpus**

Oscar Alfredo Padilla-Guzman, a federal inmate confined in this District, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241 based on his claim that the Federal Bureau of Prisons ("BOP") has improperly computed his sentence by not crediting his federal sentence for time served on a separate state sentence.

The pleadings and the expanded record show that Padilla-Guzman is not entitled to the relief he seeks at this time. This conclusion is compelled by the fact that Padilla-Guzman has not filed any requests for an administrative remedy at any required level in reference to a request for review or correction of the computation of the sentence he is serving. This constitutes a failure to exhaust available administrative remedies, and hence requires that the action be dismissed without prejudice. *See Greene v. Meese,* 875 F.2d 639, 640 (7th Cir. 1989) ("[T]he requirement of exhaustion is judge made for federal [habeas corpus cases] . . . but is a requirement nonetheless.") (internal citations omitted).

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date:  05/19/2010

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana